

Nicholas J. Wehlen
Direct Dial: 504.593.0827
Direct Fax: 504.596.0827
E-mail: nwehlen@stonepigman.com

Our File Number

67,144

June 27, 2025

Lyle W. Cayce, Clerk of the Court
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: <u>IFG Port Holdings LLC v. Lake Charles Harbor & Terminal District, No. 24-30552</u>

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4, this letter is sent on behalf of appellee, Lake Charles Harbor & Terminal District d/b/a the Port of Lake Charles ("Port"), to request a Level 1 extension of 30 days for the filing of the Port's appellee brief. The current deadline for the Port's brief is July 28, 2025. With the requested extension, the brief will be due on August 27, 2025.

The requested extension is necessary because Lead Counsel for the Port, Michael H. Rubin, will be traveling and out of the office for several weeks between today and July 28, the current deadline for the Port's brief. Mr. Rubin is primarily responsible for drafting the Port's brief.

Greg Garre, counsel for IFG Port Holdings LLC ("IFG"), has informed Port counsel that IFG consents to the requested extension of time.

Respectfully,

*/s/ Nicholas J. Wehlen*

Nicholas J. Wehlen

NJW/dmk

909 POYDRAS STREET, SUITE 3150 | NEW ORLEANS, LA 70112-4041 | 504.581.3200 | STONEPIGMAN.COM
STONE PIGMAN WALTHER WITTMANN L.L.C.

5923252v.1