# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 22, 2026
Thomas B. Plunkett, III
Clerk

No. 24-30552

I F G Port Holdings, L.L.C.,

*Plaintiff—Appellant*,

*versus*

Lake Charles Harbor & Terminal District, *doing business as* Port of Lake Charles,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:16-CV-146

ON PETITION FOR REHEARING EN BANC

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 40 I.O.P.), the petition for panel rehearing is GRANTED. We withdraw our previous opinion, filed September 8, 2026. A new opinion is forthcoming.